# Exhibit 2

Non-Method Claim: 1

<table>
<tr><th>US9001581</th><th>Bluebird T10 Kiosk (“The accused product”)</th></tr>
<tr><td>1. A semiconductor memory device comprising:</td><td>
The accused product discloses a semiconductor memory device (e.g., the accused product).

As shown below, the ROM of the accused product is a UFS 2.2 device (semiconductor memory) based on SK Hynix 3D NAND.




https://www.bluebirdcorp.com/products/Interactive-KIOSK/Customer-Concierge/T10-Kiosk
</td></tr>
</table>

<table>
<tr>
<td></td>
<td>


Source: Teardown of the accused product
</td>
</tr>
</table>

| | |
|---|---|
| | SK hynix H9QT0GECN6X145 128GB UFS / 6GB LPDDR4x<br>**Feature**<br>**[ uMCP ]**<br>● Operation Temperature<br>- (-25)°C ~ 85°C<br>● Package<br>- 254-ball FBGA<br>- Lead & Halogen Free<br>**[ UFS ]**<br>• **UFS2.2 compatible**<br>-backward compatibility with UFS2.0/UFS2.1<br>• **Operating Voltage Range**<br>- $V_{cc}$ (NAND) : 2.7V - 3.6V<br>- $V_{ccq}$ (CTRL) : Not Used<br>- $V_{ccq2}$ (CTRL) : 1.7V - 1.95V<br>**[ LPDDR4x ]**<br>• VDD1 = 1.8V (1.7V to 1.95V)<br>• VDD2 = 1.1V (1.06V to 1.17V)<br>• VDDQ = 0.6V (0.57V to 0.65V)<br>• Programmable CA ODT and DQ ODT with VSSQ termination<br>• VOH compensated output driver<br>• Single data rate command and address entry<br>• Double data rate architecture for data Bus;<br>https://www.uttc.com.tw/wp-content/uploads/2025/12/H9QT0GECN6X145_Rev0.1.pdf<br><br>SK hynix UFS 2.2 3D V7 64GB-256GB<br>**1. SK hynix UFS Introduction**<br>**1.1. General Description**<br>SK hynix UFS product consists of NAND flash and UFS controller.<br>UFS has the built-in intelligent controller which manages interface protocols, wear leveling, bad block management, garbage collection, and ECC. The first UFS of SK hynix is compatible with JEDEC standard UFS2.2 specification and supports UniPro v1.61 and M-PHY v3.1 (HS-G1/G2/G3 Rate A/B, PWM-G1/G2/G3/G4, Dual-lane)<br>https://www.uttc.com.tw/wp-content/uploads/2025/12/ |

<table>
<tr><td></td><td>H9QT0GECN6X145_Rev0.1.pdf</td></tr>
<tr><td>a plurality of semiconductor memory cells;</td><td>The accused product discloses a plurality of semiconductor memory cells (e.g., TLC memory cells).<br><br>As shown below, the ROM of the accused product is based on SK Hynix 3D NAND which use TLC semiconductor memory cells. Each TLC cell stores three bits of data, and the accused product contains a large number of such TLC cells, which together provide the total storage capacity of 128GB.<br><br>Specifications<br>
<table>
<tr><td>Dimensions</td><td>262.2 x 166.8 x 30.7 mm</td></tr>
<tr><td>Display</td><td>10.95 inch, 1200*2000 2K</td></tr>
<tr><td>OS</td><td>Android 14<br>(Planned to be upgraded to Android 16, 18)</td></tr>
<tr><td>CPU</td><td>Qualcomm Octa-Core Up to 2.8GHz</td></tr>
<tr><td>Memory</td><td>6GB RAM / 128GB UFS 2.2</td></tr>
</table>
https://www.bluebirdcorp.com/products/Interactive-KIOSK/Customer-Concierge/T10-Kiosk#specifications</td></tr>
</table>

| | |
|---|---|
| | <br>Source: Teardown of the accused product |

| | |
|---|---|
| | SK hynix H9QT0GECN6X145 128GB UFS / 6GB LPDDR4x<br>**Feature**<br>**[ uMCP ]**<br>● Operation Temperature<br>- (-25)°C ~ 85°C<br>● Package<br>- 254-ball FBGA<br>- Lead & Halogen Free<br>**[ UFS ]**<br>• **UFS2.2 compatible**<br>-backward compatibility with UFS2.0/UFS2.1<br>• **Operating Voltage Range**<br>- $V_{cc}$ (NAND) : 2.7V - 3.6V<br>- $V_{ccq}$ (CTRL) : Not Used<br>- $V_{ccq2}$ (CTRL) : 1.7V - 1.95V<br>**[ LPDDR4x ]**<br>• VDD1 = 1.8V (1.7V to 1.95V)<br>• VDD2 = 1.1V (1.06V to 1.17V)<br>• VDDQ = 0.6V (0.57V to 0.65V)<br>• Programmable CA ODT and DQ ODT with VSSQ termination<br>• VOH compensated output driver<br>• Single data rate command and address entry<br>• Double data rate architecture for data Bus;<br>https://www.uttc.com.tw/wp-content/uploads/2025/12/H9QT0GECN6X145_Rev0.1.pdf<br><br>SK hynix UFS 2.2 3D V7 64GB-256GB<br>**1. SK hynix UFS Introduction**<br>**1.1. General Description**<br>SK hynix UFS product consists of NAND flash and UFS controller.<br>UFS has the built-in intelligent controller which manages interface protocols, wear leveling, bad block management, garbage collection, and ECC. The first UFS of SK hynix is compatible with JEDEC standard UFS2.2 specification and supports UniPro v1.61 and M-PHY v3.1 (HS-G1/G2/G3 Rate A/B, PWM-G1/G2/G3/G4, Dual-lane)<br>https://www.uttc.com.tw/wp-content/uploads/2025/12/ |

H9QT0GECN6X145_Rev0.1.pdf

In November 2014, SK hynix was able to develop 3D NAND chips featuring 24 layers. Then, in August 2015, it developed 36-layer 128Gb 3D NAND based on its TLC arrays technology, followed by 48-layer 256Gb TLC in November 2016.

memory cell

Just 5 months later, the company introduced the industry's first and highest productivity 72-Layer 256Gb TLC 3D NAND, w[illegible]tivity and 20% higher performance than 48 layers, thereby establishing its business competency in 3D NAND memory solutions.

https://news.skhynix.com/en/nand-development-history/

| OFFSET | SIZE | NAME | VALUE | Description |
|---|---|---|---|---|
| 4Fh | 4 | dWriteBoosterBufferMaxNAllocUnits | 00h | Maximum Total WriteBooster Buffer size which is supported by the entire device. The summation of the WriteBooster Buffer size for all LUs should be equal to or less than size value indicated by this descriptor<br>64GB : 0F00h<br>128GB: 1E00h<br>256GB: 3C00h |
| 53h | 1 | bDeviceMaxWriteBoosterLUs | 02h | Number of maximum WriteBooster Buffer supported by the device<br>Default 02h |
| 54h | 1 | bWriteBoosterBufferCapAdjFac | 03h | Capacity Adjustment Factor for the WriteBooster Buffer Memory Type<br>This Value provides the LBA space reduction multiplication factor when WriteBooster Buffer is configured in user space reduction mode. Therefore, this parameter applies only if bWriteBoosterBufferPreservedUserSpaceEn is 00h.<br>02h: MLC NAND<br>03h: TLC NAND |

https://www.uttc.com.tw/wp-content/uploads/2025/12/H9QT0GECN6X145_Rev0.1.pdf

| | |
|---|---|
| | **Figure 4** shows the SK Hynix 3D NAND array structure. We may be able to name it as a SMArT; however, more properly speaking, their new 3D NAND structure is quite different from the SMArT architecture.   https://www.eetimes.com/inside-sk-hynixs-3d-nand/2/ |

| | |
|---|---|
| | <br>https://www.techpowerup.com/306071/sk-hynix-eighth-generation-300-layer-3d-nand-is-a-world-first-breaks-bandwidth-records#g306071-3<br><br>**What is TLC flash (triple-level cell flash)?**<br><br>TLC flash (triple-level cell flash) is a type of NAND flash memory that stores three bits of data per cell. TLC is also known as multi-level cell-3 (MLC-3), 3-bit MLC and X3.<br><br>Common use cases for TLC flash include enterprise- and consumer-grade solid-state drives (SSDs), storage cards in digital cameras and mobile phones, and USB drives. TLC flash offers a lower price per gigabyte than single-level cell (SLC) and MLC flash that typically stores two bits of data per cell. However, it's more expensive than quad-level cell (QLC) flash, which stores four bits of data per cell.<br><br>https://www.techtarget.com/searchstorage/definition/TLC-flash-triple-level-cell-flash |

| | |
|---|---|
| at least one contact configured to electrically connect said memory cells to at least one control line, wherein the number of said contacts is less than the number of said memory cells; and | The accused product discloses at least one contact (e.g., bit line contact) configured to electrically connect said memory cells (e.g., TLC memory cells) to at least one control line (e.g., bit line), wherein the number of said contacts (e.g., bit line contacts) is less than the number of said memory cells (e.g., TLC memory cells).<br><br>As shown below, the ROM of the accused product is based on SK Hynix 3D NAND that uses a single bit line contact to connect a string of TLC cells to the bit line (control line). A string of TLC cells includes a large number of TLC cells and all said cells share the bit line contact extending from the string towards the bit line, such that the single bit line contact connects multiple TLC memory cells and the number of bit line contacts is less than the number of TLC memory cells.<br><br><br>Source: Teardown of the accused product |

SK hynix

H9QT0GECN6X145
128GB UFS / 6GB LPDDR4x

**Feature**

**[ uMCP ]**

- Operation Temperature
  - (-25)°C ~ 85°C
- Package
  - 254-ball FBGA
  - Lead & Halogen Free

**[ UFS ]**

- **UFS2.2 compatible**
  - backward compatibility with UFS2.0/UFS2.1
- **Operating Voltage Range**
  - $V_{cc}$ (NAND) : 2.7V - 3.6V
  - $V_{ccq}$ (CTRL) : Not Used
  - $V_{ccq2}$ (CTRL) : 1.7V - 1.95V

**[ LPDDR4x ]**

- VDD1 = 1.8V (1.7V to 1.95V)
- VDD2 = 1.1V (1.06V to 1.17V)
- VDDQ = 0.6V (0.57V to 0.65V)
- Programmable CA ODT and DQ ODT with VSSQ termination
- VOH compensated output driver
- Single data rate command and address entry
- Double data rate architecture for data Bus;

https://www.uttc.com.tw/wp-content/uploads/2025/12/H9QT0GECN6X145_Rev0.1.pdf

SK hynix

UFS 2.2 3D V7 64GB-256GB

**1. SK hynix UFS Introduction**

**1.1. General Description**

SK hynix UFS product consists of NAND flash and UFS controller.
UFS has the built-in intelligent controller which manages interface protocols, wear leveling, bad block management, garbage collection, and ECC. The first UFS of SK hynix is compatible with JEDEC standard UFS2.2 specification and supports UniPro v1.61 and M-PHY v3.1 (HS-G1/G2/G3 Rate A/B, PWM-G1/G2/G3/G4, Dual-lane)

https://www.uttc.com.tw/wp-content/uploads/2025/12/

H9QT0GECN6X145_Rev0.1.pdf

In November 2014, SK hynix was able to develop 3D NAND chips featuring 24 layers. Then, in August 2015, it developed 36-layer 128Gb 3D NAND based on its TLC arrays technology, followed by 48-layer 256Gb TLC in November 2016.

memory cell

Just 5 months later, the company introduced the industry's first and highest productivity 72-Layer 256Gb TLC 3D NAND, w tivity and 20% higher performance than 48 layers, thereby establishing its business competency in 3D NAND memory solutions.

https://news.skhynix.com/en/nand-development-history/

| OFFSET | SIZE | NAME | VALUE | Description |
|---|---|---|---|---|
| 4Fh | 4 | dWriteBoosterBufferMaxNAllocUnits | 00h | Maximum Total WriteBooster Buffer size which is supported by the entire device. The summation of the WriteBooster Buffer size for all LUs should be equal to or less than size value indicated by this descriptor<br>64GB : 0F00h<br>128GB: 1E00h<br>256GB: 3C00h |
| 53h | 1 | bDeviceMaxWriteBoosterLUs | 02h | Number of maximum WriteBooster Buffer supported by the device<br>Default 02h |
| 54h | 1 | bWriteBoosterBufferCapAdjFac | 03h | Capacity Adjustment Factor for the WriteBooster Buffer Memory Type<br>This Value provides the LBA space reduction multiplication factor when WriteBooster Buffer is configured in user space reduction mode. Therefore, this parameter applies only if bWriteBoosterBufferPreservedUserSpaceEn is 00h.<br>02h: MLC NAND<br>03h: TLC NAND |

https://www.uttc.com.tw/wp-content/uploads/2025/12/H9QT0GECN6X145_Rev0.1.pdf

| | |
|---|---|
| | **Figure 4** shows the SK Hynix 3D NAND array structure. We may be able to name it as a SMArT; however, more properly speaking, their new 3D NAND structure is quite different from the SMArT architecture.   https://www.eetimes.com/inside-sk-hynixs-3d-nand/2/ |

| | |
|---|---|
| |  https://www.techpowerup.com/306071/sk-hynix-eighth-generation-300-layer-3d-nand-is-a-world-first-breaks-bandwidth-records#g306071-3 |
| said memory device being configured to perform at least one of: injecting charge into or extracting charge out of a portion of at least one of said memory cells to maintain a state of said at least one memory cell. | The accused product discloses a memory device (e.g., ROM of the accused product), said memory device (e.g., ROM of the accused product) being configured to perform at least one of: injecting charge (e.g., electrons) into or extracting charge out of a portion (e.g., charge trap layer) of at least one of said memory cells (e.g., TLC memory cells) to maintain a state of said at least one memory cell (e.g., TLC memory cell).<br><br>As shown below, the ROM of the accused product is based on SK Hynix 3D NAND and uses a charge trap layer to program a TLC memory cell. Electrons are injected into the charge trap layer, which is a portion of the TLC memory cell, to program and maintain the state of the memory cell by holding the programmed bits. |

| | |
|---|---|
| |   Source: Teardown of the accused product |

SK hynix

H9QT0GECN6X145
128GB UFS / 6GB LPDDR4x

**Feature**

**[ uMCP ]**

- Operation Temperature
  - (-25)°C ~ 85°C
- Package
  - 254-ball FBGA
  - Lead & Halogen Free

**[ UFS ]**

- **UFS2.2 compatible**
  - backward compatibility with UFS2.0/UFS2.1
- **Operating Voltage Range**
  - $V_{cc}$ (NAND) : 2.7V - 3.6V
  - $V_{ccq}$ (CTRL) : Not Used
  - $V_{ccq2}$ (CTRL) : 1.7V - 1.95V

**[ LPDDR4x ]**

- VDD1 = 1.8V (1.7V to 1.95V)
- VDD2 = 1.1V (1.06V to 1.17V)
- VDDQ = 0.6V (0.57V to 0.65V)
- Programmable CA ODT and DQ ODT with VSSQ termination
- VOH compensated output driver
- Single data rate command and address entry
- Double data rate architecture for data Bus;

https://www.uttc.com.tw/wp-content/uploads/2025/12/H9QT0GECN6X145_Rev0.1.pdf

SK hynix

UFS 2.2 3D V7 64GB-256GB

**1. SK hynix UFS Introduction**

**1.1. General Description**

SK hynix UFS product consists of NAND flash and UFS controller.
UFS has the built-in intelligent controller which manages interface protocols, wear leveling, bad block management, garbage collection, and ECC. The first UFS of SK hynix is compatible with JEDEC standard UFS2.2 specification and supports UniPro v1.61 and M-PHY v3.1 (HS-G1/G2/G3 Rate A/B, PWM-G1/G2/G3/G4, Dual-lane)

https://www.uttc.com.tw/wp-content/uploads/2025/12/

| | |
|---|---|
| | H9QT0GECN6X145_Rev0.1.pdf |

In November 2014, SK hynix was able to develop 3D NAND chips featuring 24 layers. Then, in August 2015, it developed 36-layer 128Gb 3D NAND based on its TLC arrays technology, followed by 48-layer 256Gb TLC in November 2016.

memory cell

Just 5 months later, the company introduced the industry's first and highest productivity 72-Layer 256Gb TLC 3D NAND, w[illegible]tivity and 20% higher performance than 48 layers, thereby establishing its business competency in 3D NAND memory solutions.

https://news.skhynix.com/en/nand-development-history/

| OFFSET | SIZE | NAME | VALUE | Description |
|---|---|---|---|---|
| 4Fh | 4 | dWriteBoosterBufferMaxNAllocUnits | 00h | Maximum Total WriteBooster Buffer size which is supported by the entire device. The summation of the WriteBooster Buffer size for all LUs should be equal to or less than size value indicated by this descriptor<br>64GB : 0F00h<br>128GB: 1E00h<br>256GB: 3C00h |
| 53h | 1 | bDeviceMaxWriteBoosterLUs | 02h | Number of maximum WriteBooster Buffer supported by the device<br>Default 02h |
| 54h | 1 | bWriteBoosterBufferCapAdjFac | 03h | Capacity Adjustment Factor for the WriteBooster Buffer Memory Type<br>This Value provides the LBA space reduction multiplication factor when WriteBooster Buffer is configured in user space reduction mode. Therefore, this parameter applies only if bWriteBoosterBufferPreservedUserSpaceEn is 00h.<br>02h: MLC NAND<br>03h: TLC NAND |

https://www.uttc.com.tw/wp-content/uploads/2025/12/H9QT0GECN6X145_Rev0.1.pdf

The SK Hynix 3D NAND uses an ONO (oxide-nitride-oxide)-based charge trap flash (CTF) and gate all around (GAA) for each cell transistor, but they adopted the U-shaped vertical NAND string. The pipe gates are on the bottom portion to connect two different vertical strings, which is a similar architecture to P-BiCS proposed by Toshiba in 2009. At that time, Toshiba's P-BiCS Flash was developed to improve their previous BiCS Flash technology, such as reliability of memory cells, cut-off characteristics of the lower select gate, and high resistance of source line. Toshiba changed the vertical NAND string from a straight shape to a U-shape.

https://www.eetimes.com/inside-sk-hynixs-3d-nand/2/




https://news.skhynix.com/en/how-sk-hynixs-advanced-4d-nand-technologies-are-overcoming-stacking-limitations/

| | |
|---|---|
| | **Methods of NAND Flash Data Storage**<br><br>NAND flash is a memory device that stores information by trapping electrons or holes in the trap site inside the silicon nitride. In this device, the current flows through the channel created by forming an active area and a gate on the surface of a Si wafer. Program ("1") and erase ("0") information is stored according to the type of charge stored in the floating gate. In the meantime, the operation of storing 1 bit in one cell is called a single-level cell (SLC). The number of electrons trapped inside the silicon nitride is proportional to the threshold voltage of the cell transistor. Therefore, when trapping a large number of electrons, a high threshold voltage is achieved. Likewise, trapping a small number of electrons results in a low threshold voltage.<br>https://news.skhynix.com/en/flashback-the-evolution-of-nand-flash-technology/ |